IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM E. HENRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN T. MARSHALL, in his ) <br> official capacity as ) <br> Attorney General of the ) <br> State of Alabama, and ) <br> MILES M. HART, in his ) <br> official capacity as ) <br> Deputy Attorney General ) <br> for the State of Alabama ) <br> and Chief of the Special ) <br> Prosecutions Division, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:17cv638-MHT <br> (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this First Amendment lawsuit challenging the constitutionality of the Alabama statutes restricting the speech of grand-jury witnesses. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be denied as to the dismissal of the

complaint but should be granted as to the dismissal of one defendant.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of May, 2018.

                                           /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**