IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM E. HENRY, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> STEVEN T. MARSHALL, in his ) <br> official capacity as ) <br> Attorney General of the ) <br> State of Alabama, and ) <br> MILES M. HART, in his ) <br> official capacity as ) <br> Deputy Attorney General ) <br> for the State of Alabama ) <br> and Chief of the Special ) <br> Prosecutions Division, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:17cv638-MHT <br> (WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 23) is adopted.

(2) Defendants' motion to dismiss (doc. no. 7) is granted only to the extent that it seeks the dismissal

of claims against defendant Miles M. Hart, and is denied in all other respects.

(3) Plaintiff's claims against defendant Miles M. Hart are dismissed without prejudice, and defendant Hart is terminated as a party to this lawsuit.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 16th day of May, 2018.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**